UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE:<br>CHEREKA K MELVIN<br>　　Debtor | BCN#: 19-14593<br><br>Chapter: 13 |
| CARRINGTON MORTGAGE SERVICES, LLC<br>and its assignees and/or<br>successors in interest,<br>　　Movant/Secured Creditor,<br>v.<br>CHEREKA K MELVIN<br>　　Debtor<br>　　Respondents | **MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

COMES NOW, CARRINGTON MORTGAGE SERVICES, LLC, its assignee and/or successors in interest, (Movant herein), by Counsel, alleges as follows:

1.   The above named Debtor filed a Chapter 13 Petition in Bankruptcy with this Court on April 4, 2019.

2.   That the bankruptcy court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157 and § 1334 and 11 U.S.C. § 362; Federal Rule of Bankruptcy Procedure 9014. This matter is a core proceeding.

3.   The Movant is the current payee of a promissory note secured by a deed of trust upon a parcel of real property with the address of 10604 Wood Pointe Terrace, Glenn Dale, MD 20769 and more particularly described in the Deed of Trust dated September 25, 2017 and recorded at Liber 40217 at Folio 115, among the land records of the County of Prince George's as:

> LOT 47, BLOCK "D", AS SHOWN ON A PLAT ENTITLED "PLAT THREE, WOOD POINTE", AS PER PLAT THEREOF RECORDED IN PLAT BOOK 140, AT PLAT 43, AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND

Copies of the Deed of Trust and Note are attached hereto and made a part hereof by reference.

4.   Carrington Mortgage Services, LLC services the loan on the Property referenced in this motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure

will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the promissory note. Movant will enforce the promissory note as transferee in possession. Movant is the original mortgagee or beneficiary or the assignee of the Deed of Trust.

5. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

6. This Movant is informed and believes, and based upon such information and belief, alleges that title to the subject Property is currently vested in the name of the Debtor.

7. As of July 8, 2019, the approximate total debt figure is $445,911.21. Movant filed a Proof of Claim which provides a detailed statement of the debt owed, a copy of which is a part of the Court's record, incorporated herein and made a part of this Motion for Relief.

8. The Debtor is in default with regard to payments which have become due under the terms of the aforementioned Note and Deed of Trust since the filing of the Chapter 13 Petition.

As of July 8, 2019, the Debtor is due for:

- 3 post petition monthly payments of $2,992.45 each which were to be paid directly to the Movant, less the amount in Debtors Suspense of $2,834.01, and
- Non-Sufficient Funds Fees of $15.00, and
- Expense Advance Fees of $650.00, and
- Bankruptcy Attorney Fees of $850.00 and Costs of $181.00;

9. The Movant has elected to initiate foreclosure proceedings on the Property with respect to the subject Trust Deed, but is prevented by the Automatic Stay from going forward with these proceedings.

10. This Movant is informed and believes, and based upon such information and belief, alleges that absent this Court's Order allowing this Movant to proceed with the pending foreclosure, Movant's security will be significantly jeopardized and/or destroyed.

11. That Timothy P. Branigan, Trustee, has been appointed by this Court as the Chapter 13 Trustee in this instant Bankruptcy proceeding.

12. This Movant is informed and believes, and based upon such information and belief, alleges that the Debtor has little or no equity in the property. A copy of the Maryland Department of Assessments and Taxation is attached hereto and made a part hereof by reference.

WHEREFORE, the Movant prays for an Order Granting Relief From the Automatic Stay of 11 U.S.C. § 362(a), and for costs of suit and disbursements of this contested matter, including reasonable attorneys fees, and, for such other relief as the court may deem to be proper.

Dated: July 16, 2019

> SHAPIRO & BROWN, LLP
> Attorney for Movant
>
> By: /s/ Malcolm B. Savage, III
> William M. Savage, Esquire
> Federal I.D. Bar No. 06335
> Kristine D. Brown, Esquire
> Federal I.D. Bar No. 14961
> Thomas J. Gartner, Esquire
> Federal I.D. Bar No. 18808
> Gregory N. Britto, Esquire
> Federal I.D. Bar No. 22531
> Renee Dyson, Esquire
> Federal I.D. Bar No. 15955
> Malcolm B. Savage, III, Esquire
> Federal I.D. Bar No. 20300
> Nicole Lipinski, Esquire
> Federal I.D. Bar No. 19283
> Counsel for Movant
> LAW OFFICES OF SHAPIRO & BROWN, LLP
> 10021 Balls Ford Road, Suite 200
> Manassas, Virginia 20109
> (703) 449-5800 / ECF@Logs.com / 18-277689

Certificate of Service

I hereby certify that on the 16th day of July, 2019, the following person(s) were served a copy of the foregoing Motion for Order Granting Relief From Stay in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| KIM D. PARKER<br>LAW OFFICE OF KIM PARKER, P.A.<br>2123 MARYLAND AVENUE<br>BALTIMORE, MD 21218 | Debtor's Attorney |
| Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046 | Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Chereka K Melvin<br>10604 Wood Pointe Terrace<br>Glenn Dale, MD 20769 | Debtor |

/s/ Malcolm B. Savage, III
William M. Savage, Esquire
Kristine D. Brown, Esquire
Thomas J. Gartner, Esquire
Gregory N. Britto, Esquire
Renee Dyson, Esquire
Malcolm B. Savage, III, Esquire
Nicole Lipinski, Esquire

18-277689