| | | | | | Post Suspense Balance | -$6,143.34 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction Type | Transaction Date | Amount Received | Post-petition Due Date | Post Amt Due Per PCN | Contractual Amt Applied | Principal | Escrow | Posting Over/Short | Credit to Post Suspense | Debit from Post Suspense | Post Suspense Balance |
| Beginning Balance | 4/4/2019 | $0.00 | 4/1/2019 | | | | | | $0.00 | $0.00 | $0.00 |
| Post-Petition | 05/13/19 | $2,834.01 | | | | | | | $2,834.01 | $0.00 | $2,834.01 |
| Post-Petition Payment Due | 07/08/19 | | 5/1/2019 | $2,992.45 | $2,992.45 | $2,001.62 | $990.83 | -$2,992.45 | $0.00 | $2,992.45 | -$158.44 |
| Post-Petition Payment Due | 07/08/19 | | 6/1/2019 | $2,992.45 | $2,992.45 | $2,001.62 | $990.83 | -$2,992.45 | $0.00 | $2,992.45 | -$3,150.89 |
| Post-Petition Payment Due | 07/08/19 | | 7/1/2019 | $2,992.45 | $2,992.45 | $2,001.62 | $990.83 | -$2,992.45 | $0.00 | $2,992.45 | -$6,143.34 |